UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ANASTASIA STATHAKIS, Revenue Officer,<br><br>    Petitioners,<br><br>v.<br><br>LEON LUNA,<br><br>    Respondent. | No. CV 12-00696 RS<br><br>[~~PROPOSED~~] <u>ORDER ENFORCING SUMMONS</u> |

    This case having come on for hearing on May 10, 2012, at 1:30 p.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

    **ORDERED** that respondent appear before Revenue Officer ANASTASIA STATHAKIS, or any other designated agent, on or before July 16, 2012, at the Offices of the Internal Revenue Service located at 450 Golden Gate Avenue, 6th Floor, San Francisco, California, 94102-3495, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, a copy of which is attached hereto as **Exhibit** <u>**A**</u> and produce for the Revenue Officer's inspection and copying the records described in the attached subject Internal Revenue Service summons.

1  Failure to comply with the instant order may be grounds for a finding of contempt.
2 See, e.g., United States v. Ayres, 166 F.3d 991, 994-96 (9th Cir. 1999) (affirming finding
3 of contempt, where party failed to comply with court order directing him to provide
4 testimony and produce records to IRS).
5  Petitioners are directed to serve a copy of this **ORDER** and **Exhibit** **A** on
6 respondent in accordance with Fed. R. Civ. P. 4.
7 **ORDERED** this  10th  day of  May         , at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

28 US v. Luna; No. 12-cv-00696 RS
[Proposed] Order Enforcing Summons

2